**Order entered November 17, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01188-CV

## IN RE CRETIC ENERGY SERVICES, LLC; CATAPULT ENERGY SERVICES GROUP LLC; NGP CAPITAL MANAGEMENT, LLC, Relators

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-05978

### ORDER

Based on our opinion of this date, we **DISMISS** relators' petition for writ of

mandamus. We **DENY** real parties in interest's motion for sanctions.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE